No. D–2133. In re Disbarment of Philomena. Disbarment entered. [For earlier order herein, see 528 U. S. 1071.]

No. D–2135. In re Disbarment of Kuhlman. Disbarment entered. [For earlier order herein, see 528 U. S. 1072.]

No. D–2136. In re Disbarment of Miller. Disbarment entered. [For earlier order herein, see 528 U. S. 1072.]

No. D–2138. In re Disbarment of Jones. Disbarment entered. [For earlier order herein, see 528 U. S. 1112.]

No. D–2139. In re Disbarment of Hencke. Disbarment entered. [For earlier order herein, see 528 U. S. 1112.]

No. 99M72. Swartz v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division;

No. 99M73. Clendenin v. Virginia Department of Social Services; and

No. 99M74. Iacobucci v. Boulter. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 8, Orig. Arizona v. California et al. Motion of the Solicitor General for divided argument granted. [For earlier order herein, see, e. g., 528 U. S. 1147.]

No. 105, Orig. Kansas v. Colorado. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $112,783.95 for the period March 3, 1999, through January 28, 2000, to be paid equally by the parties. [For earlier order herein, see, e. g., 526 U. S. 1048.]

No. 99–658. Castillo et al. v. United States. C. A. 5th Cir. [Certiorari granted, 528 U. S. 1109.] Motion of Law Enforcement Alliance of America for leave to file a brief as amicus curiae granted. Motion of petitioner Brad Eugene Branch for leave to proceed further herein in forma pauperis granted. Motion for appointment of counsel granted, and it is ordered that Richard G. Ferguson, of Waco, Tex., be appointed to serve as counsel for petitioner Brad Eugene Branch. Request for expenses and attorney's fees denied without prejudice. Motion of petitioner Renos Lenny Avraam for leave to proceed further herein in forma pauperis granted. Motion for appointment of counsel granted, and it is ordered that John F. Carroll, Esq., of San Antonio, Tex., be appointed to serve as counsel for petitioner